FILED

May 18 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  JONATHAN U. LEE (CABN 148792)
   Assistant United States Attorney
5
        1301 Clay Street, Suite 340S
6       Oakland, California 94612
        Telephone: (510) 637-3680
7       FAX: (510) 637-3724
        Jonathan.Lee@usdoj.gov
8
   Attorneys for United States of America
9

10                    UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                           OAKLAND DIVISION

13  IN THE MATTER OF THE CRIMINAL        )  NO: CR 20-70574 MAG
    COMPLAINT IN U.S. V. KRISTOPHER      )
14  ALLAN SYLVESTER AND ARREST           )  MOTION TO UNSEAL CASE;
    WARRANT                              )  ORDER
15                                       )
                                         )
16                                       )
                                         )
17                                       )
                                         )
18                                       )

**MOTION TO UNSEAL AND PROPOSED ORDER (UNDER SEAL)**
1

The United States respectfully moves this Court to unseal <u>U.S. v. Kristopher Allan Sylvester</u>, CR 20-70574 MAG. The United States previously moved, and the Court granted the motion, to seal the Criminal Complaint and Arrest Warrant to avoid prematurely revealing an ongoing criminal investigation, guard against fugitives, and better ensure the safety of agents and others. The basis of the motion is the recent arrest of the defendant on May 15, 2020. Now that the defendant is in custody, the government hereby requests the Court to grant this motion. Therefore, the government moves to unseal the case of <u>U.S. v. Kristopher Allan Sylvester</u>, CR 20-70574 MAG, including this motion.

DATED: May 18, 2020

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

*Jonathan U. Lee*
_____
JONATHAN U. LEE
Assistant United States Attorney

**MOTION TO UNSEAL AND PROPOSED ORDER (UNDER SEAL)**
2

(~~PROPOSED~~) ORDER

The motion to unseal U.S. v. Kristopher Allan Sylvester, CR 20-70574 MAG is granted.

IT IS SO ORDERED.

DATED: May 18, 2020

_____
HONORABLE DONNA M. RYU
United States Magistrate Judge

MOTION TO UNSEAL AND PROPOSED ORDER (UNDER SEAL)
3