DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

JONATHAN U. LEE (CABN 148792)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    Jonathan.Lee@usdoj.gov

Attorneys for United States of America

FILED
MAY 19 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 20-70574 MAG |
| Plaintiff, | |
| v. | [PROPOSED] ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM |
| KRISTOPHER ALLAN SYLVESTER, | |
| Defendant. | |

Upon motion of the United States of America, and good cause appearing therefore,

IT IS HEREBY ORDERED that the request of the United States for issuance of the Writ of Habeas Corpus Ad Prosequendum requiring the production of defendant KRISTOPHER ALLAN SYLVESTER, before this Court on the date stated in the Writ submitted, or as soon thereafter as practicable, and requiring that the defendant be present for all future hearings, is granted and the Writ shall be issued as presented.

DATED: May 19, 2020

                                                      Hon. SALLIE KIM
                                                     United States Magistrate Judge

[PROPOSED] ORDER
CASE NO. CR 20-70574 MAG

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO: DONALD M. O'KEEFE, UNITED STATES MARSHAL FOR THE NORTHERN DISTRICT OF CALIFORNIA, GREGORY J. AHERN, ALAMEDA COUNTY SHERIFF, AND HIS AUTHORIZED DEPUTIES:

Pursuant to the foregoing petition and order, consistent with the Court's General Order 72-2 and 74, you are directed to produce the body of KRISTOPHER ALLAN SYLVESTER, who is in the custody of Santa Rita Jail, before the Honorable ALEX G. TSE, United States Magistrate Judge for the Northern District of California, located at the San Francisco Federal Courthouse, 450 Golden Gate Avenue, 15th Floor, San Francisco, California 94102, on May 20, 2020, at 10:30 a.m., or as soon thereafter as practicable, on the charges filed against defendant in the above-entitled Court and further to produce said defendant at all future hearings as necessary until the termination of the proceedings in this Court.

Should the current custodian release KRISTOPHER ALLAN SYLVESTER from its custody, you are directed that the defendant immediately be delivered and remanded to the U.S. Marshals for the Northern District of California and/or his authorized deputies under this Writ.

DATED: 05/19/2020

SUSAN Y. SOONG
CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

By: _____  WILLIAM NOBLE
DEPUTY CLERK

WRIT OF HABEAS CORPUS AD PROSEQUENDUM
CASE NO. CR 20-70574 MAG